USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA          :
                                  :    18 CR 14 (VM)
    - against -                   :
                                  :    **ORDER**
STEVEN ARENA,                     :
                                  :
            Defendant.            :
-----------------------------------X

**VICTOR MARRERO, United States District Judge.**

The Court sentenced defendant to 366 days' imprisonment followed by 3 years' supervised release. (See Dkt. Minute Entry dated 11/15/2019.) At sentencing, defense counsel requested that the defendant's bail condition related to location monitoring be lifted until the date of surrender (the "Motion"). The Court asked Pretrial Services for its view on the matter.

Having received Pretrial Services' recommendation that the defendant's home incarceration condition could safely be replaced with a curfew enforced by location monitoring (see attached letter dated November 19, 2019 from Jonathan Lettieri), it is hereby

**ORDERED** that the defendant's Motion is **GRANTED** subject to the conditions proposed by Pretrial Services. Defendant's bail condition of home incarceration is removed. Defendant shall be subject to a curfew enforced by location monitoring,

with the hours to be set at the discretion of Pretrial Services.

**SO ORDERED.**

Dated:  New York, New York
        20 November 2019

                                        VICTOR MARRERO
                                           U.S.D.J.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PRETRIAL SERVICES OFFICE

**Scott Kowal**
CHIEF

**Robert L. Trail, Jr.**
DEPUTY CHIEF

U.S. COURTHOUSE
500 PEARL STREET, ROOM 550
NEW YORK, NY 10007
PHONE: 212-805-4300
FAX: 212-805-4172



WHITE PLAINS OFFICE
U.S. COURTHOUSE
300 QUARROPAS STREET
ROOM 449
WHITE PLAINS, NY 10601
PHONE: 914-390-4140
FAX: 914 390-4035

POUGHKEEPSIE OFFICE
US BANKRUPTCY COURTHOUSE
347 MAIN STREET
POUGHKEEPSIE, NY 12601
PHONE: 845-452-4200

**To:** Honorable Victor Marrero
U.S. District Judge

**From:** Jonathan Lettieri
U.S. Pretrial Services Officer

**Re:** Steven Arena
18 Cr. 14-2

**Date:** November 19, 2019

## MEMORANDUM

This memorandum is being submitted in response to the Court's request for Pretrial Services to provide a position on defense counsel's petition at the sentencing hearing to remove the condition of location monitoring. Upon review, Pretrial Services consents to modifying bail to remove the condition of home incarceration and in its place impose a curfew, to be enforced by location monitoring, with the hours to be set at the discretion of Pretrial Services. The defendant has displayed a long-standing pattern of compliance with the Location Monitoring Program as well as all other conditions of release, including frequent leave for various medical and legal appointments for which he has provided documented proof. It is believed this lesser restrictive condition can still reasonably ensure the defendant's voluntary surrender and the safety of the community.

Respectfully submitted,

Scott Kowal
Chief U.S. Pretrial Services Officer

Jonathan Lettieri