```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA             :
                                     :    18 CR 14 (VM)
     - against -                     :
                                     :    ORDER
STEVEN ARENA,                        :
                                     :
                Defendant.           :
------------------------------------X
```
**VICTOR MARRERO, United States District Judge.**

The Court sentenced defendant Steven Arena ("Arena") to 366 days' imprisonment followed by 3 years' supervised release. (See Dkt. Minute Entry dated 11/15/2019.) Arena is serving his sentence in FMC Devens.

On March 18, 2020 and March 19, 2020, Arena requested immediate compassionate release pursuant to 18 U.S.C. Sections 4205(g) and 3582(c)(1)(A) (the "Motion"). Arena notes that he has medical conditions that are risk factors for severe illness and is particularly at risk of contracting COVID-19. In the alternative, Arena requests that he be permitted to serve the remainder of his sentence under house arrest.

Arena recognizes that such applications are normally made through the Bureau of Prisons, but argues that due to the urgency of his situation, he cannot wait for the Bureau of Prisons to process his request. The Court is not persuaded that such procedures should be disregarded. Arena has not

provided evidence of his exhaustion of administrative remedies, as required by statute. See 18 U.S.C. Section 3582(c)(1)(A). Accordingly, it is hereby

**ORDERED** that the defendant's Motion is **DENIED**. Defendant may renew his request upon compliance with the terms of the statute.

**SO ORDERED.**

Dated:  New York, New York
        20 March 2020

                                         Victor Marrero
                                         U.S.D.J.