# Strazzullo Law Firm, P.C.
## ATTORNEYS AT LAW
www.strazzullolaw.com

Sal E. Strazzullo†

Maria Lamboglia
*Director of Office Affairs*

Veronica Molinare
Rosanne M. Miller
Agnes Chau
*Special Assistants*

Maria Patelis
*Senior Trial Counsel*

Raffaele Chianese†††
Ikiesha Al-Shabazz††
Vincent Spata††
Gloria Lam††
Andrew Fischer*

Admitted to the Supreme
Court of the United States
of America†
of Counsel††
of Counsel, Italy†††
admitted in NJ*

100 Park Avenue
Suite 1600
New York, NY 10017

8418 Third Avenue
Brooklyn, NY 11209

Satellite Office
Battery Park City
New York, NY

Satellite Office
Naples, Italy

7101 18th Avenue
Brooklyn, NY 11204
Tel: 718.259.4600
Fax: 718.259.4494

**Please correspond
to the above.**

April 6, 2020

**VIA ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      Re: United States v. Esposito et al. <u>18 CR 14 (VM)</u>

Dear Honorable Judge Marrero,

I hope this letter continues to find you in good health. My office was just informed today that the Bureau of Prisons has accommodated our request and granted my client, Mr. Steven Arena, Compassionate Release as permitted under 18 U.S.C. 4205 (g) and 18 U.S.C. 3582 (c) (1) (a).

I thank you for all your assistance and consideration in this matter.

              Respectfully submitted,

              Salvatore E. Strazzullo, Esq.