USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/11/26___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                - against -

STEVEN ARENA,

                Defendant.

---

**18-CR-014 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On March 9, 2026, the Defendant moved for an order exonerating his personal recognizance bond. (Dkt. No. 445.) The Government is hereby directed to respond to the Motion within five (5) days of the date of this Order indicating its position on the requested order.

**SO ORDERED.**

Dated:     11 March 2026
             New York, New York

                                     _____
                                         Victor Marrero
                                          U.S.D.J.