USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/19/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        - against -<br><br>STEVEN ARENA,<br><br>                Defendant. | **18-CR-014 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

On March 9, 2026, the Defendant moved for an order exonerating his personal recognizance bond. (Dkt. No. 445.) On March 16, 2026, the Government responded stating that it did not object to the Court's exonerating the bond. (See Dkt. No. 447.)

Accordingly, the Court **GRANTS** Defendant's motion to exonerate his personal recognizance bond. All property pledged to secure the bond is released.

The Clerk of Court is respectfully directed to terminate the motions pending at docket entries 444 and 445.


**SO ORDERED.**

Dated:    19 March 2026
          New York, New York

_____
          Victor Marrero
          U.S.D.J.